# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1181.   SABRINA M. CURTIS v. WILMINGTON SAVINGS FUND SOCIETY, TRUSTEE FOR PRETIUM MORTGAGE.**

This appeal was docketed on March 22, 2022, and appellant's brief containing an enumeration of errors was due by April 11, 2022. An extension was granted until May 26, 2022. As appellant has failed to timely file a brief and enumeration of errors with this Court, the appeal is DISMISSED for failure to file a brief and enumeration of errors within the period ordered by this Court.  See Court of Appeals Rule 23 (a).

The clerk is hereby DIRECTED to transmit notice of this order to the appellant.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/09/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen